The next case is Robert L. Cash v. Secretary of Veterans Affairs, 2024, 1811. Ms. Castle Walker, you have a similar issue. Similar, Your Honor. Good morning, Your Honors, and may it please the Court. I'm Johanna Castle Walker on behalf of Mr. Robert L. Cash. This case presents three separate paths to remand. Cook, the constructive possession doctrine, and the meaning of submit under Section 7113. Before you get into your arguments, can you tell me the status of the supplemental claim that Mr. Cash filed and the AOJ denied on June 2024? Was there a higher level review request filed or a board nod appeal filed? There was no board nod appeal filed. So I think what Your Honor is getting at is whether this case is moot, and it's not. After the AOJ denial, Mr. Cash sought higher level review. In that review process, the higher level review actually found that on the supplemental claim, there was a duty to assist error, sending it back to the VA adjudicator to look at the case again. Ultimately, that claim was denied, but I do think that that process speaks to the inadequacy of just sending back a VA's claim to VA adjudication as opposed to allowing these legal issues to be fully aired before the court. So the denial of the supplemental claim has been undone, and now that supplemental claim is back pending before the AOJ. Is that right? It was pending before the AOJ, and it has since been denied, and Mr. Cash is considering what his next appeal options will be for the denial of that supplemental claim. I see. He could possibly file a nod. He could possibly file a nod, and I think that that's one of the things in consideration. I think that, as your question is getting at, though, it would require the filing of a nod and board adjudication of that supplemental claim on the revised record in order to moot this case, and because that hasn't happened, this appeal still presents a live controversy before the panel. Wouldn't he get to the relief that he seeks if he was to file a nod now? I think it's possible that he would get the relief that he seeks if he filed a nod now, but I think a key feature of the AMA, and I think one that the Secretary agrees with, is that the creation of multiple lanes for appeals, the purpose of that was not just efficiency but also to give veterans choice, and Mr. Cash has chosen to proceed with this appeal before this court instead of and then to pursue the supplemental claim in front of the VA adjudicator. He has not yet chosen to file a board review, perhaps because of the difficulties that he's had. Should we consider that he has access to relief through an alternative process? I don't think that, I think this court can consider it, but I don't think it has any meaningful impact on the way that this court should actually resolve the case, and I think that's because when you consider the mootness doctrine, the question that this court is presented with is whether it could provide any relief whatsoever, and at this point, this court can still provide the relief that Mr. Cash is seeking, and that's re-adjudication of his claims before the board. Counsel, this case differs from the previous one, I believe, in that your client did not opt for direct review. That's correct, Your Honor. And under the 10B option, he could submit additional evidence, and the question is whether he submitted it or not. He's arguing that based on a February submission, he's identifying that and saying that's a submission. Isn't that the issue before us? I don't think that's quite right, and I think that what I'm struggling with is the word identify. I think that the Secretary points to identify as this very capacious language that I do think would have a broader definition than the definition of submit that we are urging for. I think maybe to just zoom back a little bit and see the two separate issues that we're pressing for that would have properly put Mr. Cash's evidence before the board is the constructive possession doctrine and then the meaning of submit under Section 7113, which defines the proper timelines for submitting evidence to the board. I'd like to start with the constructive possession. Your client's arguing he did submit, and he submitted by reference. Isn't that constructive possession? I think there are two ways to think about it. I think one is just looking at Section 7113 as a matter of statutory interpretation, looking at the word submit, asking how do we understand the ordinary meaning of submit, and does submit include putting the board on notice of a document that is already in Mr. Cash's claims file. We think that it does. I think that this is just a reference to the evidence in submission. Right, exactly. And I think that the Secretary's in order to do that, the evidence has to be there. Right. The evidence, I think, is who you're arguing constructive possession. I think that that is, I think the arguments are separate, because there's no dispute here that this evidence was also within the board's actual possession. I think a helpful way to think about this is that even though Mr. Cash had multiple claim streams, all of those claim streams link back to a single claim file. So even though this February 22 evidence was timely submitted in support of a separate, albeit related, claim stream, that evidence was contained within the board's actual possession through Mr. Cash's claims file. So I think if this Court resolves the issue under the question of how do we understand the ordinary meaning of the word submit under Section 7113, you don't necessarily have to resolve the constructive possession doctrine, because in this case there is no dispute that this was in the actual possession of the board and that the board had actual notice of it as a result of the addendum that was filed in support of Mr. Cash's notice of disagreement. But the word submit is still in the regulation. I think that's right. And I think if you deploy the tools of construction that this Court uses to understand the ordinary meaning of a term in the statute, you start first with the word, you start with the ordinary meaning of the word, and in particular you look at the ordinary meaning of the word at the time of the statute's enactment. In our brief, we identified over 50 years' worth of dictionary definitions, including one that was published in 2014, just three years before the AMA was enacted, and it supports our interpretation of submit, which means to not only to formally deliver a document to a particular entity, but also to reference or present it for consideration before that entity. Well, it was submitted in February 22, wasn't it? Our position is that it was submitted multiple times. It was submitted in February 22 in support of Claim Stream 1, and then it was resubmitted with Mr. Cash's notice of disagreement. So aside from constructive notice, there was actual submission? And is that within the appropriate timeframe? Yes, because our view of what the second time that he submitted that document was when he filed his notice of disagreement and included an addendum in that notice of disagreement that said, and I'll give you the exact text of this, the veteran asked that the board review the evidence he submitted in support of his claims for the other conditions because they relate to his claims for these conditions, which is why the veteran selected the evidence submission lane. It is not only that he submitted this evidence with his notice of disagreement, which there's no dispute that Section 7113 contemplates that a veteran could submit additional evidence, quote, with his notice of disagreement. But Mr. Cash said, this is the exact reason why I chose the evidence submission lane, because I have this other evidence that I timely submitted in support of my related condition, and I think that it's also relevant to the claim at issue here. The Secretary does not dispute the relevance, does not dispute that it's reasonably relevant. Can you slow down just a little bit? Sure. Sorry, Eric. I appreciate it. What if there had been no addendum? Then would you be making the argument that the February 22 submission was submitted with the nod? I do think that's the key distinction between the submission argument and the constructive possession doctrine. If I could just get an answer to my question. Not under our submit argument. Okay. So under the second argument as to whether the meaning of submit. Before we get back to constructive possession, which I have some problems with, I want to keep exploring this submission idea. Does your submission theory, is it premised at least in part on the fact that here, Mr. Cash did actually physically submit evidence to the VA, as opposed to what if in February 2022, instead of submitting some evidence and articles and other statements, Mr. Cash in February 2022, with respect to his related claim, said something like, I have some doctor records in a Seattle hospital that are very relevant to my claim. Go look at it. Would that have counted as a submission for purposes of your nod addendum, saying please refer to my February 2022 filing? Would that count as those records inside that Seattle hospital as having been submitted with the nod? I think it really depends on what stage at which Mr. Cash or any veteran had said that. I think if in the parallel claim stream. Let's stick with my hypothetical. Sure. If in the parallel claim stream, Mr. Cash had said that before the board, I think that that would not count as a submission in his related claim stream. I think if he had two parallel claim streams, and the first of which was still before the VA adjudicator where there was a duty to assist in play, and those medical examination records became part of his file for that other claim stream under the duty to assist, I think that would be within his claims file. And if he later referred back to the claims file, that would be entirely appropriate. So I do think to answer maybe the core of your question, our submit theory turns upon the documents actually already being within the claims file and whether they're made part of that. I mean, to put a point on it, your case is a stronger case, I think, than the hospital records in Seattle, or the records having somehow appeared in the claims file without any submission by the claimant. Here we have the claimant actually having done a submission, and then with the nod, making a reference, and for purposes of this appeal, I think we can assume it's a clear reference to that actual prior submission. So the next question is, can we say that that earlier submitted evidence was effectively submitted along with the nod, given the clear reference to the earlier submission? Judge Chin, I think you're exactly right that this case is the easier case. I think I just urged that caveat because you might not be good enough. I think that as your question, though, suggested, though, there is no dispute about whether this addendum was reasonably clear. The board had actual notice of these documents. They were in actual possession of these documents. I don't actually take the Secretary to really be disputing it, and they seem to be disputing something else entirely, which is that it would reimpose the duty to assist, which I think is wrong for all of the reasons we say in our brief. I am cognizant of my time, and I would like to save some for rebuttal, but if this Court has any questions from my opening presentation, I'm happy to answer those, of course. We will save your time. Thank you, Your Honor. Mr. Hosni. Counsel has it right. It's the duty to assist. That's what we're all overlooking. The question in 5103A has always been what is the VA supposed to do? When the VCA was issued back in 2001, that statute tells the claimants what the VA will do when they get a claim, and it will go out and collect evidence. And that very statute, even before it was modified by AMA, distinguished between what the VA will do in terms of when something is identified for the VA and when something is submitted. And then when you look at the AMA and the change it made to introduce subsection D, that clearly says no duty to assist on part of the board. So the question we have here is when the board gets an NOD and there's evidence that doesn't comply with 7113, the other part of the AMA, requirements that the evidence be provided to the board as part of the NOD or after the NOD, what do we do? It doesn't say after. It says within 90 days. Within 90 days. Now, does within mean only after, or could it include 90 days before? Because it was submitted within the 90 days before, in February. But it wasn't submitted. It was submitted to the VA within the 90 days before or within the year before, but it wasn't submitted within the 90 days after. And I would, I look at 7113 as clearly suggesting that the within is the NOD, because there's no reason why the board would pay attention to this until they actually get an NOD. Actually, it's not within the 90 days before, because the NOD was in June, and February is more than 90 days. So, well, I think that the statute has to be read, 7113 has to be read, that the submission of the NOD triggers it. I'm not sure what Mr. Cash is arguing necessarily is invocation of a now defunct duty to assist in post-AMA, because here he is not asking the board to go looking for records, to go obtaining and unearthing records. He's simply letting the board know that it should also be considering submissions that were just done a few months prior to the NOD. And so, therefore, there's no searching for records like we typically think about with respect to a duty to assist. Well, I disagree, Your Honor. I mean, identifying a record to the VA as part of a particular claim, you say, oh, I'm at a VA clinic in Louisville, and I think I got a record there. The VA has to go get it, right? It's still a VA document. It's within the VA's possession. It would fall probably at that level. But for purposes of this appeal, the government has made no argument or claim that it doesn't know where the prior evidence submission is, or there's a lack of clarity as to what the evidence may be, or the burden that would be put upon the board in order to just simply get the evidence that's already in the claims file that this person already submitted just a few months before. Because all of those questions are irrelevant. What we have here is the AMA changed the playing field. We stood before this court for 15 or 20 years trying to come up with a response to the questions that the panel would ask about what is going on with the slog that's going on at the board. And that slog mainly was folks get before the board, introduce new evidence, the board sends it back to the RO, starts again, and we're back. So Congress was working on this, along with the Veterans Service Organizations and veterans representatives, and came up with the AMA. And clearly the AMA cut off the time to file evidence within 90 days after filing the nod. After that, no more evidence. And that's a perfectly understandable, rational way to run the board appeal business. But we're not talking about evidence that was submitted months after the nod was filed. We're talking about evidence that was filed before the nod was filed. So the question then becomes, it's less than clear to me, what is the burden on the board to look at the very evidence that had already been submitted? I think the question is, did Congress place a burden on the claimant as part of the AMA when they pick a process for review? Does the claimant have a burden to make sure that the record before the board is what Congress said it's going to be? And 7113C2, which is that issue here, says that the evidentiary record before the board shall include evidence submitted by the appellant and is wrapped, if any, with the notice of disagreement, evidence submitted, if any, within 90 days. The evidence here was submitted prior. So by statutory definition of 7113, that evidence is not before the board. What if the nod addendum here had said, I hereby incorporate by reference the evidence that I submitted just a few months prior, February 2022? No. What if that evidence is in the file? No. That's the case here. It has to be submitted directly to the board. That's the whole point, how we're going to make this system work without reverting to us. What if the claim had included a hyperlink to some evidence? To what? To, I don't know, to a website that contains all kinds of evidence, a particular web page. To each file, let's say. That's an interesting question for a future regulation. But right now I'm going to go with what we have before us, which is what was submitted was information about another claim stream, and not even precise information at that. But I have another claim stream, and there may be information related to that that's helpful to you. That's what counsel read. What if the addendum had included a citation to a federal circuit opinion? And saying, well, this federal circuit opinion does a very deep discussion about the medical science that's relevant to my case. I'm not giving you a copy of the opinion, but I'm giving you the site. Sounds like a leak. Is that evidence submitted with the NOD? No, that doesn't sound like evidence. With all due respect, it doesn't sound like. . . You have to take my hypothetical. We're talking about clear citations to things that can be called up on the computer. And you're saying, no, that is not going to be counting as evidence submitted with a NOD. I look at this like from a visual perspective. Right. You need it to be a physical copy of some kind of document that is submitted with the NOD literally and nothing else. You have to submit. . . And nothing else. You can't identify it. So far all the hypotheticals are I'm identifying something, which then triggers, Your Honor, the chain of events that you described in the first argument, which is, well, what do I do now? Look, there's some information there. Well, let's go find it. Those are steps. And what do those steps mean? They mean the duty to assist. That's what this means. That's why constructive possession falls away. All of that, which is premised on the duty to assist, as this Court said in Nazubio. This whole process. . . Why do you keep saying that the VA has to go find it or go locate it? It's already in the file. The Board has to go find it, Your Honor. But it's already in the file. No, it's not in the Board's possession. That's what the AMA is designed to do to prevent the slog. We're going to go right back to the slog. Oh, you go look for it, Board. You have a duty to assist. You need to go find it. I don't care if you have to go find it from a Federal Circuit docket or you find it from some VA claims file and another related claim or the same claims file. I find this case different from the duty to assist cases. This is because there is no duty to assist. The information, it's already there. It's physically in the possession of the VA. This is the process we went through in the 90s and early 2000s that led to the slog. This is what Congress reacted to by saying we're creating clear lanes here. So Congress used the word submit, and I think you would agree that this case pretty much hinges on how we interpret that word. If the Court is going to say. . . If I refer something to you and I say something like the $10 is in your left pocket, and you look there and it's there, I mean, you already have it. I don't have to hand it to you. Again. . . This is a hypothetical, right? There's never any exchange of knowledge between lawyers and judges. That's right. I just want to make that clear for the record. There's no money involved in this. But, Your Honor, you're still asking me to do something. I'm going to assist myself by reaching into my pocket and finding that $10 bill. That's a duty to assist. The answer that Congress provided to the slog was here are the clear lanes. People get in the lanes. Don't get in other people's lanes. But, as counsel indicated, you can get out of a lane and get in another lane or go through a lane and get out of a lane. Those are all flexible options here. But what you can't do is get into a lane and then say, oh, I forgot, I didn't bring my evidence with me. But, you know, go look for it. I mean, your hypothetical, Your Honor, would be you go to the board hearing with the evidence, and you show up at the board, and the board says, where's your evidence? And you say, oh, go look at this citation. You have to bring me the evidence. That's what Congress created here. So do you agree that this case pretty much hinges on the interpretation of the word submit? I think this case hinges on the application of the duty to assist that Congress clearly removed from the board after a final decision. Your answer is no. And so the answer is, well, submit will obviously answer the question too, or the court could go back and find that he's already been provided all the relief he can get here. This is the unusual thing about this case. It provides an example of how not to use the AMA, which is what we're here today. Like, let's blur the lanes. Let's let people completely ignore what Congress said about playing by the rules when it comes to board hearings. In other words, submit can include identify. It cannot include identify. It must actually give the item to the board. It can include refer or reference. No, nothing has to be given to me. You could hypothetically hand me the $10 now if it was within a time period, and that would be good. But you can't tell me where it is. You can't tell me you gave it to me before. You have to actually hand it to me. So we've got to give you another $10. Well, but let me just touch on. I think, but the point here is really what did Congress mean by the word submit? And I understand why you keep reaching for the, well, the other side wants this to be a duty to assist. And I think I've already identified why maybe that's not quite what's going on here. I know you keep shaking your head. I mean, the problem we have here is that the word submit actually has a variance of definitions. And so we have to select the right one. And so one question could be, hey, it could mean all of the definitions, which would, in fact, encompass referring a decision-maker to something for their decision-maker's consideration. So, I mean, we're just trying to think this through. I appreciate it. And I understand your duty to assist argument seems to not, in my view, correctly characterize what they're asking for, at least not on the facts of this case. When the submission already happened, it's on a date certain. It's in the file. And I don't understand what the burden is. I can't see a picture in my mind about how this all of a sudden means the VA now is out to sea and is, like, searching for the Holy Grail around the planet. Where is this February 22 evidence? I do not know. I cannot find it. This is going to take me until past 5 p.m. This is terrible. Inch by inch, this is how we expand what people can do under the AMA. Oh, this one's okay. They mostly have this one. And we got an inch. And then we get two inches. But Congress is very clear here. And we don't have to look anywhere farther than the duty to assist statute 5103A itself, which itself uses both terms, identify and submit, and uses them differently. You identify stuff, VA will go get it. You submit stuff, VA has it. But you don't have to do the duty to assist to go get stuff. So if you submit it and it's part of the record under 7113 and it's submitted within that time frame because that's how the record's defined, you're good. So if he had followed up here, Mr. Cash, with his NOD statement saying, I have these other claim streams, there might be helpful evidence there because that's what Appendix 2930 does. It just says go help. They might be helpful. But if he had turned around and grabbed those documents and submitted them to the board, he'd be good. Now, what he did do is demonstrated an uncanny ability to use the system in the lanes and benefit from this court's decision, the military vet, which prohibited folks from pursuing legal avenues and continuing with regulatory avenues at the same time. And as a result of those actions, in other words, pursuing his COPD claim and getting an actual award and then attaching his GERD and his prostate condition claims, which are the two claims here, to that claim under a supplemental claim, he actually got what he wanted. If you look at Appendix 2930, which is the addendum, counsel says what he wants, he wants an exam. He wants a review and he wants an exam. He's got these exams. They're actually in our record. If you look in our record where we cite, already he received the medical exams. He already received everything that this court could give him on a remand. He's already received as part of the other claim stream, and that's because under military vet he can pursue both at once. He did it here. He's got what he can get. This court can offer him no more other than some procedural order to the board to give him what he already got, which was these evaluations. And as the court asked earlier, as I understand it, he still has an open road there for further consideration of those direct and secondary service connection claims based on the COPD. Thank you, counsel. Thank you. Ms. Castle Walker has two minutes plus. Thank you, Your Honors. I'd like to clarify the record in one respect and then make three quick legal points. First, this document was in the board's possession. The February 22 evidence was submitted in support of a separate board appeal, so it is not the case that the board would have to go searching for it. It was filed to the board and submitted to the board in that separate claim stream. I'd like to make three other separate points. First, Judge Rayna, I think you're exactly right that this case turns on the interpretation of the word submit, and I don't hear the secretary to offer a contrary meaning of submit that can be reconciled with this court's ordinary approach to statutory interpretation. There's a lot of dictionary definitions for submit. How are we to filter all that and arrive at the one that you want? I think the first place that I would start is that you look at the ordinary meaning near the time of enactment and look at the many, many dictionaries we've pointed to over the course of 50 years that support that definition, which is far more capacious. The secretary only points to a handful of online dictionaries that are contemporaneous and don't shed light on what Congress meant in 2017. So if you have reference to, that's a submission? That's a submission. And if that's the case, then the doctrine and constructive position doesn't matter? It doesn't have to come in. I think that's exactly right, Your Honor. What about the government's argument that what you're really asking for is to change the word submit to identify, and the statute uses identify in other places, which therefore strongly suggests that submit must be something different and other than identify. I think that the one word that the secretary left out is that the statute also uses the word file. So if we have file, we have submit, and we have identify, each of those are to be given separate meaning. I think identify is the low-water mark of what presentation to the board could look like, and that would be more like the duty to assist. So then what is it about your interpretation of submit that is something more than mere identify? It's that these documents are within the board's actual possession, and I think that the one thing that's helpful about the duty to assist is illuminating what Mr. Cash is not asking for. I would commend this court to look back at 5103A and see the sweeping obligations that the duty to assist imposes on VA adjudicators, and the meaning of submit that we're urging looks nothing like that. Last question, sorry. When are you going to make a decision? When is Mr. Cash going to make a decision about what he's going to do with the supplemental claim denial? I'm not sure. I know that Mr. Cash obviously has to be continuously pursuing his claims, which would require him to decide which lane he needs to pursue following the supplemental claim denial within a year. Under that mark, I'm not sure when he would make that decision, but obviously we're hoping for a decision from this court as soon as possible. If there's an alternative pathway here, there's an alternative pathway for your client to seek relief, then doesn't that raise some serious finality issues before us? I don't think that it raises finality issues, because this is the scheme that Congress created that allows veterans to continuously pursue their claims administratively, while also preserving in Section 7292 an option to have legal claims fully aired before this court. Indeed, this court is the only avenue in which he could have his claims heard by an Article III tribunal as a result of the jurisdictional statute that Congress created. So I think interpreting this adjudicated system to essentially strip this court of jurisdiction if it can't rule on a case fast enough or the case can't be briefed and resolved fast enough is something really remarkable, and I think we would have expected Congress to be far more expressed if it intended that result. Thank you, counsel. Thank you. I think it's fair to say both of you have satisfied your respective duties to assist. The case is submitted.